**Order filed December 31, 2014**



In The

# Eleventh Court of Appeals

_____

## No. 11-14-00029-CR

_____

## MIGUEL ANGEL MUNOZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 432nd District Court**
**Tarrant County, Texas**
**Trial Court Cause No. 1292696D**

### O R D E R

Appellant's court-appointed attorney of record, David L. Richards, has filed in this court a combined motion to withdraw as counsel on appeal and motion to abate this appeal. Counsel states that he "is leaving private practice, effective January 1, 2015, in the anticipation he will be entering government service the following day" and that, therefore, continued representation in this case would constitute a conflict of interest. We note that this case is already at issue as both

Appellant's and the State's briefs have been filed in this court. The motion, as filed on December 22, 2014, complies with TEX. R. APP. P. 6.5. The motion is granted, and the appeal is abated.

The trial court is directed to appoint new counsel to represent Appellant on appeal, and the trial court clerk is instructed to file in this court on or before January 15, 2015, a supplemental clerk's record evidencing such appointment. The appeal will be reinstated when the supplemental clerk's record is filed in this court.

PER CURIAM

December 31, 2014

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.